Mr. Haynes, I'm not going to serve on this case. This case should be reversed and substituted. One factor that I think has undermined all of the decisions in this case is that we've committed in this case to allow Mr. Haynes to engage in extremely unreasonable and unethical conduct. Which is not only because he is charged with upholding the high standards of the district court with regard to charges of injustice. Their conduct is, in fact, unethical and reprehensible. And it's also perhaps due to the consideration of the first set of legal issues that have been indicated in the brief. It came to the fact that the committee in this court lacked authority to prosecute the discretionary matter to the committee. The prosecution matter under United States Rule 7, the local rule, which is subject to reciprocal decision. And without the conviction of the district, this case doesn't fall within those parameters. So it would lack authority to prosecute. And one of the concerns that is precisely the local rule is, in fact, the discretion that the prosecuting party has. The local rule's objectives are to eliminate the property that either can be prosecuted due to felony, due to a reciprocal, reducing the type of discretion that the party may have. And the local rule's objectives are to eliminate the property that either can be prosecuted due to a reciprocal, reducing the type of discretion that the party may have. It's just interesting to note that sometimes the local rule does not include property that is subject to the discretionary matter. And the discretionary matter is actually subject to the discretionary matter. And it's not limited to the local rule. In the end, it refers to what a, let's just say, for example, they can refer to a position A, and then in a certain case, there's a discretionary matter B. And then you can refer it to the committee. If it was referred to the committee, the committee would be limited as to what they can do with regards to felony sentences. What may be, in fact, a lot of this would be changing. But some of the most important rules in this case have serious importance, especially if there's a felony. If that's a part of the discretionary condition, and if it's a part of the discretionary situation. All right. I think we have a little time for questions. We'll just move on. Sure. Josh, the question here is, are A, referred to the Congress as a part of the discretionary condition, and B, a professional offender's condition? Sure. And then, are the other parts of the discretionary condition, A, a part of the discretionary condition, and B, a professional offender's condition? Or are A, a potential felony? I think it's absolutely essential to be part of the discretionary condition, sir. Well, okay. Yeah. I think it's fine to allow the judge to decide to control the score. And the other question is, was A the discretionary condition referred to in that case? Yes, it was. Well, so, in some ways, one, the judge didn't have probable cause to believe that this judgment had occurred in the letter. That's one of the things that people got. And this time, the judge made the case, and so, because he was the head, he was the head of his department. Right. Sir? Yes, sir. So, it's not a discretionary condition, is it? It's not a discretionary condition, is it? Well, I think the discretionary condition is what's required. The judge said that the judge, if he doesn't have a reasonable suspicion of probable cause, which is a cause, which is a crime, he didn't have that kind of evidence to prove, but the judge said, well, it's possible. So, we'll allow the judges to enforce it. It's totally fine. I don't understand. I think there's two assumptions as to why the judge said that. One is that the judge said that he was the head of the department, but one of the other assumptions is that the court should refer to the person who did the crime. Well, if you look at the other assumptions, it means that he is in charge, and the judge has the right permission to act. You can't go into most of the services and everything yourself, but it's not the kind of thing where the judge says, I don't really know what's happening. I'm going to, you know, sometimes I'm going to look at the jury, and I'm not sure. So, that's not something that you do. You can go in there and have the information to establish that. Oh, yes. So, you can have the information as part of your investigation, and you can have the information as part of your investigation. That is correct. And also, it's meant to be by the rules of the Bible, because Constantine, he didn't obtain it himself. That's not the rules of the Bible. But in this delirious sense, it is a problem. Constantine, I should say, you said something that's probably very different than the case in which you saw. I was part of the case in which you saw. That's the case in which you saw. Well, you know, I mean, we'll say it's not the Bible, but it is generally, and it's literally, apparently, the case in which you saw. Right. It's referred to as the case in which you saw. That is correct. And that's probably where we're seeing no sign of a problem, because there's no reason to refer it, and it's usually just for prosecution. It's meant to stand on statute, defined in the statute, and participate in it. That's what it would say. In other words, yes, I am part of this. And, you know, this is a, I'm part of this. And, you know, I'm part of this.  I'm part of this. And, you know, I'm part of this. And, you know, I'm part of this. I'm part of this.  While this process is very important, allow for instance your own prosecution— my name has been de facto. Okay, hello? So, these fall into one of my chores, and Natalie's there with you, and you're standing in an institutional arena, and I'm part of that, and it's where your language can change, that your moments can change. All right. Yes, and I don't contemplate that the Chief Judge could say this kind of thing. No, because the rules have suggested, as Chief Justice has, that you should refer to the Chief Judge or the Chief Judge to comment on you. And that's what he was saying. That's not what he said. The reason for that, I think, is that it would allow a lot of improper actions by attorneys. For example, if what a judge says is the case, then there's no problem. It's required that a participant not only an attorney may know that the Chief Judge has a book and, therefore, may submit an application or phone book that will appear or track or be or test these concerns. For example, in the letter that Ms. Harper wrote to Judge Walker, she included a fairly false, felony terrorist threat. She included in the letter that her implication that Zaire was gay and that has was homophobic. And the implication may be that this young terrorist threat was a result of a gay hate crime and that the Chief Judge at that very time is considering whether gays are subject to hate crimes. So, it is the type of improper conduct that I think the most probably just takes one of you, the Chief Judge, to make this determination. It's also your duty to treat us as human beings. Thank you. Your Honor, it is, of course, taken pride for standing in the professional context for the United States District Court in the Northern District of California with the importance for state honor and also for our community. Your Honor, I'd like to start with the issues that I, of course, have been addressing through a variety of reference to the State of the State. Under the local rule of the Interstate State Judge, we prefer, at first, the State of the State if the judge has the cause to believe that there's no question that the judge has judged to believe that there was. And I'm grateful to serve in the State of the State for being able to investigate at this moment on the State of the State's behalf under our local rule of the Interstate State Judge to investigate and determine whether a person deserves or is cleared to be judged on the orders of the State of the State. Your Honor, the judge  to determine whether a person is cleared      in the State of the State for being able to investigate at this moment on the State of the State.  I'd like to start with the issues that I, of course, have been addressing through a variety of reference to the State of the State. Under the local rule of the Interstate State Judge, we prefer, at first, clarify that those conditions were not intended to address in respect of the issue. I mean, by the way, earlier versions of those make it clear that that is not what local judges  If you look at the text of a lot of intersections, you can see that these are expectations of whether a judge may be committed to or interested in support and engagement with professional development in connection with their security area. This does not mean that the intersections would affect the security issue at all. What we have in the State of the State on the map was the more cost-effective intersection which is the one that is the most cost-effective intersection in the whole region of the United States and compared to the other intersections. There are some substitutions that are looking at here. They would have a more cost-effective  which is        whole region of the United States and compared to the other intersections in the whole region of the United States. There  some substitutions     would have   intersection in the whole region of the United States and compared to the other intersections in the whole region of the United States. And  other substitutions   intersection    of the  States and compared to the other intersections in the whole region of the United States. The other substitutions and the other substitutions are in the United States. So  are in the United States. But the other substitutions are in the United States. So the other substitutions are in the  States. Now in this case the Supreme Court has described the department about punishing the employer but rather protecting the public. Sure that will mainly hit the Supreme Court in this case. The Supreme Court has described the department about punishing the employer but rather protecting the public. Sure that will mainly hit the Supreme Court in this case. The Supreme Court has described    punishing the employer but rather protecting the public. Sure that will mainly hit the Supreme Court in this case. I don't think that is necessary. It is not necessary. It is sufficient that the writer in the case constraints that the lawyer is incapable of informing our client. In that case the Supreme Court    able  do that. The Supreme Court has not been able to not been able to do that. The Supreme
judges: Reinhardt, Thomas, Christen